THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES RICHERSON, Defendant-Appellant.

(No. 58539;

First District (1st Division)—January 14, 1974.

PER CURIAM.
HALLETT, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Howard B. Augustus, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and James S. Veldman, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. LONNIE GILFORD, Defendant-Appellant.

(No. 58741;

First District (1st Division)—January 14, 1974.